```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                        Case No.: 8:13-cr-312-T-33AEP

ANTHONY R. REEVES
_____/

### **ORDER**

The Court held a bench trial in this case on February 3, 2014, pursuant to Rule 23(a) of the Federal Rules of Criminal Procedure. Defendant Anthony R. Reeves signed a written waiver of his right to a jury trial and confirmed on the record in open court that he consented to a bench trial. (Doc. # 54). Defendant further affirmed that he was not under the influence of any substance which may affect his reasoning or ability to give his consent.

During the bench trial, the Court considered the parties' Stipulated Facts, which have been filed on the record. See (Doc. # 50). Neither party presented any additional evidence. At the conclusion of the bench trial, counsel for Defendant requested that the Court find the Defendant guilty of the charges enumerated in the indictment. The Court adopts and incorporates by reference the parties' Stipulated Facts. Relying upon the Stipulated Facts, the Court determines that Defendant is guilty of all twenty-four counts of the

indictment. Specifically, Defendant is guilty of counts one through eight, which charge wire fraud in violation of 18 U.S.C. § 1343; counts nine through sixteen, which charge theft of government property in violation of 18 U.S.C. § 641; and counts seventeen through twenty-four, which charge aggravated identity theft in violation of 18 U.S.C. § 1028A.

In addition, having determined Defendant's guilt, the Court further finds that forfeiture of $69,585.59 is warranted as to counts one through sixteen of the indictment. <u>See</u> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The Government is directed to furnish a proposed order of forfeiture as to this amount by February 14, 2014.  As noted at the bench trial, the Government may seek a further forfeiture at a later date.[1]

The Court established May 15, 2014, as Defendant's sentencing date.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The Court finds Defendant guilty of all counts charged in the indictment pursuant to Federal Rule of Criminal

---

[1] The indictment requests "a money judgment of at least $630,783.89, representing the proceeds of [Defendant's] offense." (Doc. # 1 at 6).

2

Procedure 23(a).

(2) Defendant forfeits to the United States the amount of $69,585.59. The Government is directed to submit a proposed forfeiture order to the Court by February 14, 2014.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>3rd</u> day of February, 2014.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                    Case No.: 8:13-cr-312-T-33AEP

ANTHONY R. REEVES
_____/

**ORDER**

The Court held a bench trial in this case on February 3, 2014, pursuant to Rule 23(a) of the Federal Rules of Criminal Procedure.  Defendant Anthony R. Reeves signed a written waiver of his right to a jury trial and confirmed on the record in open court that he consented to a bench trial. (Doc. # 54).  Defendant further affirmed that he was not under the influence of any substance which may affect his reasoning or ability to give his consent.

During the bench trial, the Court considered the parties' Stipulated Facts, which have been filed on the record. See (Doc. # 50).  Neither party presented any additional evidence. At the conclusion of the bench trial, counsel for Defendant requested that the Court find the Defendant guilty of the charges enumerated in the indictment.  The Court adopts and incorporates by reference the parties' Stipulated Facts. Relying upon the Stipulated Facts, the Court determines that Defendant is guilty of all twenty-four counts of the

indictment. Specifically, Defendant is guilty of counts one through eight, which charge wire fraud in violation of 18 U.S.C. § 1343; counts nine through sixteen, which charge theft of government property in violation of 18 U.S.C. § 641; and counts seventeen through twenty-four, which charge aggravated identity theft in violation of 18 U.S.C. § 1028A.

In addition, having determined Defendant's guilt, the Court further finds that forfeiture of $69,585.59 is warranted as to counts one through sixteen of the indictment. See 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The Government is directed to furnish a proposed order of forfeiture as to this amount by February 14, 2014.  As noted at the bench trial, the Government may seek a further forfeiture at a later date.[1]

The Court established May 15, 2014, as Defendant's sentencing date.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Court finds Defendant guilty of all counts charged in the indictment pursuant to Federal Rule of Criminal

---

[1] The indictment requests "a money judgment of at least $630,783.89, representing the proceeds of [Defendant's] offense." (Doc. # 1 at 6).

2

Procedure 23(a).

(2) Defendant forfeits to the United States the amount of $69,585.59. The Government is directed to submit a proposed forfeiture order to the Court by February 14, 2014.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>3rd</u> day of February, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

3